IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ELEANOR CLARK, Revenue Agent of the Internal Revenue Service, ) ) ) ) | |
| Petitioners, ) | |
| ) | Case No. 3:11-cv-00199 |
| v. ) | Judge Nixon |
| ) | |
| DEBRA STARLING, ) ) ) | |
| Respondent. ) | |

## ORDER

Petitioners United States of America and Eleanor Clark, Revenue Agent of the Internal Revenue Service, have filed with the Court a Notice of Voluntary Dismissal (Doc. No. 5), voluntarily dismissing this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). As a result, this case is **DISMISSED without prejudice**, and the Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this ___3rd___ day of May, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT