IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ELEANOR CLARK, Revenue Agent of the Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>DEBRA STARLING,<br><br>Respondent. | Case No. 3:11-cv-00199<br>Judge Nixon |

## ORDER

Petitioners United States of America and Eleanor Clark, Revenue Agent of the Internal Revenue Service, have filed with the Court a Notice of Voluntary Dismissal (Doc. No. 5), voluntarily dismissing this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). As a result, this case is **DISMISSED without prejudice**, and the Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this ___3rd___ day of May, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT